NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1168

CREATIVE COMPOUNDS, LLC,

Plaintiff-Appellant,

v.

STARMARK LABORATORIES,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-22814, Judge Alan S. Gold.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Creative Compounds, LLC moves to expedite and to consolidate 2010-1168 with Miscellaneous Docket No. 926.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

MAR 19 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew A. Rosenberg, Esq.
Frederick A. Tecce, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 19 2010

JAN HORBALY
CLERK